IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
                                                     Plaintiffs, )
                                                            ) No. 09 C 4291
v. )
                                                            ) Judge Gettleman
TRIPLE R TRUCKING, INC., ) Magistrate Judge Brown
an Illinois corporation )
REGINO R. RIVAS, Individually, )
)
                                                     Defendants. )

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on July 17, 2009 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. An Amended Complaint was filed on April 15, 2010 adding an additional party, Regino R. Rivas, Individually.

3. Service upon REGINO R. RIVAS, Individually was made on the Defendant on April 28, 2010, and a copy of the proof of service was filed with the court on May 6, 2010.

4. On August 15, 2009 the corporation entered into an installment note (attached as Exhibit A) signed by Regino R. Rivas as President (registered agent) of the corporation and separately in his individual capacity with the Suburban Teamsters of Northern Illinois Welfare Fund for the July, 2006 through December, 2008 contributions. The principal amount of the installment note was $14,224.60 with a default balance remaining of $9,028.49 for the payment of delinquent benefit contributions (Exhibit B payment schedule).

5. On August 15, 2009 the corporation entered into an installment note (attached as Exhibit C) signed by Regino R. Rivas as President (registered agent) of the corporation and separately in his individual capacity with the Suburban Teamsters of Northern Illinois Pension Fund for the July, 2006 through December, 2008 contributions. The principal amount of the installment note was $7,458.29 with a default balance remaining of $4,733.85 for the payment of delinquent benefit contributions (Exhibit D payment schedule).

6. The Defendants are now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

        $9,028.49 Welfare Fund installment note
        $4.733/85 Pension Fund installment note
          $925.00 Attorneys fees
          $521.00 Court costs
      $15,208.34

WHEREFORE, Plaintiffs pray for the entry of judgment against Defendants, TRIPLE R TRUCKING, INC., an Illinois corporation and REGINO R. RIVAS, Individually, jointly and severally and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $15,208.34.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

**s/John J. Toomey**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: June 11, 2010

# EXHIBIT A

SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS FRINGE BENEFITS 

## Triple R Trucking, Inc. : Welfare Fund
August 15, 2009

For value received, the undersigned promises to pay to the order of Suburban Teamsters of Northern Illinois **Welfare** Fund the principal total of $ 14,224.60 ( **Fourteen Thousand Two Hundred Twenty Four and 60/100 dollars.**)

The maker of this Note acknowledges that the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act 29 U.S.C. 1145. For unpaid contributions due for the period June, 2007 through December, 2008.

The Employer shall make a **down payment** of $ 3,556.15 on August 15, 2009, leaving a principal **balance** of $ 10,668.15 . That balance is to be paid with 7.5% annual interest in **18** equal and consecutive monthly **installments of $ 628.50** beginning on September 15, 2009. Payments should be sent to:

    Suburban Teamsters of Northern Illinois
    1171 Commerce Dr. Unit 1
    West Chicago, IL 60185

Or such other place as may be directed by the legal holder of this Note.

**The Employer is to remain current in regular monthly contributions.** Failure to do so will be considered a default, causing the remaining unpaid Note balance to become immediately due and payable.

The undersigned hereby irrevocably authorizes any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for the unpaid amount, together with costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.

By: _____  Date: 08-15-09
    Regino R. Rivas, President
    Triple R Trucking, Inc.

_____  Date: 08-15-09
Regino R. Rivas, Individually

# EXHIBIT B

## Triple R Trucking, Inc.

Er # **4465**

### Welfare Fund

PRINCIPAL TOTAL: $ (14,224.60)

DOWN PYMT: $3,556.15  Date: August 15, 2009

Ck #: 1448

PRINC BALANCE: $ (10,668.45)

NMBR PYMNTS: 18

MNTHLY PYMT: **$628.50** /month

| | Date DUE | NOTE BALANCE | WEL PYMNT | PRINC PD | CURRENT PRINC BAL | Date | Check # | Add'l Int. |
|---|---|---|---|---|---|---|---|---|
| | | PAY THIS… | …OR THIS | AFTER REGULAR PAYMENT | | Payments | Made | |
| 1 | 09/15/09 | 10,735.13 | 628.50 | 561.83 | 10,106.62 | 10/6/2010 | 1451 | |
| 2 | 10/15/09 | 10,169.79 | 628.50 | 565.34 | 9,541.29 | 10/20/2010 | 1455 | |
| 3 | 11/15/09 | 9,600.92 | 628.50 | 568.87 | 8,972.42 | 12/1/2009 | 1466 | |
| 4 | 12/15/09 | 9,028.49 | 0.00 | 0.00 | 8,972.42 | | | |
| 5 | 01/15/10 | 9,084.56 | 0.00 | 0.00 | 8,972.42 | | | 56.07 |
| 6 | 02/15/10 | 9,140.63 | 0.00 | 0.00 | 8,972.42 | | | 56.07 |
| 7 | 03/15/10 | 9,196.70 | 0.00 | 0.00 | 8,972.42 | | | 56.07 |

# EXHIBIT C

SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS FRINGE BENEFITS

Received
AUG 2 6 2009
Pension Fund Office

### Triple R Trucking, Inc. : Pension Fund
August 15, 2009

For value received, the undersigned promises to pay to the order of Suburban Teamsters of Northern Illinois **Pension** Fund the principal total of $ 7,458.29 ( **Seven Thousand Four Hundred Fifty Eight and 29/100 dollars.**)

The maker of this Note acknowledges that the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act 29 U.S.C. 1145. For unpaid contributions due for the period June, 2007 through December, 2008.

The Employer shall make a **down payment of $ 1,864.57** on August 15, 2009, leaving a principal **balance** of **$ 5,593.72** . That balance is to be paid with 7.5% annual interest in **18** equal and consecutive monthly **installments of $ 329.54** beginning on September 15, 2009. Payments should be sent to:

> Suburban Teamsters of Northern Illinois
> 1171 Commerce Dr. Unit 1
> West Chicago, IL 60185

Or such other place as may be directed by the legal holder of this Note.

**The Employer is to remain current in regular monthly contributions.** Failure to do so will be considered a default, causing the remaining unpaid Note balance to become immediately due and payable.

The undersigned hereby irrevocably authorizes any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for the unpaid amount, together with costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.

By: _Regino Rivas_     Date: _08-15-09_
Regino R. Rivas, President
Triple R Trucking, Inc.

_Regino Rivas_     Date: _08-15-09_
Regino R. Rivas, Individually

# EXHIBIT D

## Triple R Trucking, Inc.
Er # 4465

### Pension Fund

PRINCIPAL TOTAL: $ (7,458.29)
DOWN PYMT: $1,864.57    Date: August 15, 2009
                        Ck #: 1447
PRINC BALANCE: $ (5,593.72)
NMBR PYMNTS: 18
MNTHLY PYMT: **$329.54** /month

| | | PAY THIS... | ...OR THIS | AFTER REGULAR PAYMENT | | Payments | Made | |
|---|---|---|---|---|---|---|---|---|
| | Date DUE | NOTE BALANCE | PEN PYMNT | PRINC PD | CURRENT PRINC BAL | Date | Check # | Add'l Int. |
| 1 | 09/15/09 | 5,628.68 | 329.54 | 294.58 | 5,299.14 | 10/6/2010 | 1452 | |
| 2 | 10/15/09 | 5,332.26 | 329.54 | 296.42 | 5,002.72 | 10/20/2010 | 1456 | |
| 3 | 11/15/09 | 5,033.99 | 329.54 | 298.27 | 4,704.45 | 12/1/2009 | 1467 | |
| 4 | 12/15/09 | 4,733.85 | 0.00 | 0.00 | 4,704.45 | | | |
| 5 | 01/15/10 | 4,763.25 | 0.00 | 0.00 | 4,704.45 | | | 29.40 |
| 6 | 02/15/10 | 4,792.56 | 0.00 | 0.00 | 4,704.45 | | | 29.40 |
| 7 | 03/15/10 | 4,821.96 | 0.00 | 0.00 | 4,704.45 | | | 29.40 |